**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00791-CV

### CITY OF DALLAS, Appellant

### V.

### THE DALLAS MORNING NEWS, L.P., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-06607-J**

## ORDER

The Court has before it appellee's October 4, 2013 unopposed motion for second extension of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by November 25, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE